# UNITED STATES DISTRICT COURT
## District of Minnesota

Kameron E. Boudin

Plaintiff,

v.

Otter Tail County

Defendant.

## JUDGMENT IN A CIVIL CASE

Case Number: 20-cv-00484-WMW-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 9/17/2020

KATE M. FOGARTY, CLERK